# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

BETTY HACKLEY,

     Plaintiff,

v.                               CASE NO.:  3:17-CV-01410-HES-JBT

SEVENTH AVENUE, INC.,

     Defendant.

_____/

## DEFENDANT SEVENTH AVENUE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Seventh Avenue, Inc. discloses that it is a subsidiary of Colony Brands, Inc. No public entity owns more than 10% of Colony Brands Inc.'s stock.

Dated: March 20, 2018.

Respectfully submitted,

s/ *Zachary S. Foster*
_____
Zachary S. Foster
Florida Bar No. 111980
Christian C. Burden
Florida Bar No. 65129
QUARLES & BRADY, LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Telephone: 813.387.0300
Facsimile: 813.387.1800
zachary.foster@quarles.com
chris.burden@quarles.com
petra.madison@quarles.com
donna.santoro@quarles.com
DocketFL@quarles.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

> Shaughn C. Hill
> Morgan & Morgan, Tampa, P.A.
> 201 North Franklin Street, 7th Floor
> Tampa, Florida 33602
> shill@forthepeople.com
> lcrouch@forthepeople.com
> jsherwood@forthepeople.com
> *Counsel for the Plaintiff*

s/ *Zachary S. Foster*
Attorney