UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BETTY HACKLEY,

   Plaintiff,

-vs-

SEVENTH AVENUE, INC.,

          CASE NO.: 3:17-CV-01410-HES-JBT

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Betty Hackley, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a negotiated resolution with regard to this case and are presently drafting and finalizing the proposed settlement agreement and general release. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record via e-mail through the CM/ECF system on this 1st day of May, 2018.

*s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar No. 0105998
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 559-4845
Primary Email: Shill@ForThePeople.com
Secondary: SLauredan@ForThePeople.com
*Attorney for Plaintiff*